IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>    Plaintiff,<br><br>        v.<br><br>DONALD VAUGHN, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

      **AND NOW**, this 15th day of July, 2002, it is hereby **ORDERED** that the attached communications shall be filed by the Clerk.

      BY THE COURT:

      _____
      **MARVIN KATZ, S.J.**