IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>   Plaintiff,<br><br>    v.<br><br>**DONALD VAUGHN, et al.,**<br>   Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

**AND NOW**, this 31st day of July, 2002, it is hereby **ORDERED** that the attached communication shall be filed by the Clerk.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**