IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FELIX D. WHITTINGTON,<br>    Plaintiff,<br><br>    v.<br><br>DONALD VAUGHN, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |
|---|---|

**O R D E R**

      **AND NOW**, this            day of September, 2002, it is hereby **ORDERED** that the attached communication dated August 25, 2002, shall be filed by the Clerk.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**