IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    Plaintiff,<br><br>         v.<br><br>**DONALD VAUGHN, et al.,**<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

    **AND NOW**, this 18th day of September, 2002, it is hereby **ORDERED** that the attached communication dated September 2, 2002, shall be filed by the Clerk.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**