IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELIX D. WHITTINGTON

                                         02-4346
                                         District Court Docket Number

vs.

COMMONWEALTH SCI-GRATERFORD, ETAL

Notice of Appeal Filed 9/30/02
Court Reporter(s)/ESR Operator(s)       N/A

Filing Fee:
       Notice of Appeal __Paid _X_ Not Paid   __Seaman
       Docket Fee       __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: JUDGE KATZ
     APPEALS CLERK
     USCA

                                          Defendant's Address (for criminal appeals)

_____
_____

                                        Prepared by : _____
                                                     LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm