IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>  Plaintiff,<br><br>v.<br><br>DONALD VAUGHN, et al.,<br>  Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

**AND NOW**, this 24th day of October, 2002, it is hereby **ORDERED** that the attached communications shall be filed by the Clerk.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**