IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    Plaintiff,<br><br>    v.<br><br>**DONALD VAUGHN, et al.,**<br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 02-4346** |

**O R D E R**

**AND NOW**, this 29th day of October, 2002, it is hereby **ORDERED** that the attached communications shall be filed by the Clerk.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**