IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>  Plaintiff,<br><br>     v.<br><br>**DONALD VAUGHN, et al.,**<br>  Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

    **AND NOW**, this 30th day of October, 2002, it is hereby **ORDERED** that the attached communication shall be filed by the Clerk.

                              **BY THE COURT:**


                              _____
                              **MARVIN KATZ, S.J.**