IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    Plaintiff,<br><br>    v.<br><br>**DONALD VAUGHN, et al.,**<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

    **AND NOW**, this 14th day of November, 2002, it is hereby **ORDERED** that the attached communications shall be filed by the Clerk.

                                **BY THE COURT:**

                                _____
                                **MARVIN KATZ, S.J.**