IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>　Plaintiff,<br><br>　　v.<br><br>DONALD VAUGHN, et al.,<br>　Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**ORDER FOR SPECIAL REPORT**

To:　　　Warden
　　　　　SCI-Graterford
　　　　　Box 244
　　　　　Graterford, PA 19426

　　　　This pro se plaintiff has repeatedly written the court various complaints regarding his incarceration at this institution. See the court's Orders dated:

| | | |
|---|---|---|
| July 15, 2002 | September 10, 2002 | October 15, 2002 |
| July 26, 2002 | September 10, 2002 | October 24, 2002 |
| July 31, 2002 | September 18, 2002 | October 24, 200 |
| September 3, 2002 | September 23, 2002 | October 29, 2002 |
| September 3, 2002 | September 30, 2002 | October 30, 2002 |
| September 3, 2002 | October 1, 2002 | November 1, 2002 |
| September 3, 2002 | October 2, 2002 | November 6, 2002 |
| September 3, 2002 | October 8, 2002 | November 14, 2002 |
| September 5, 2002 | October 8, 2002 | |

and the attached letters which are forwarded with a copy of this Order.

　　　　In order to ascertain the status of this matter, the court **ORDERS** a special report from the warden of this institution which shall contain a description of plaintiff's custody status, classification, medical and psychiatric status and disciplinary history.

The said special report shall be filed with the court within thirty (30) days.

Dated: November 18, 2002                    **BY THE COURT:**

                                            _____
                                            **MARVIN KATZ, S.J.**