IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>   Plaintiff,<br><br>   v.<br><br>DONALD VAUGHN, et al.,<br>   Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

# O R D E R

       **AND NOW,** this 27th day of November, 2002, it is hereby **ORDERED** that the attached communication shall be filed by the clerk.  The Clerks shall note on the docket plaintiff's change of address to:

       Felix Dean Whittington
       AY-4935
       10745 Rt. 18
       Albion, PA 16475-0002

                                         **BY THE COURT:**

                                         **MARVIN KATZ, S.J.**