IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    Plaintiff,<br><br>        v.<br><br>**DONALD VAUGHN, et al.,**<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

### ORDER FOR SPECIAL REPORT

To:    Warden
        SCI-Albion
        10745 Rt. 18
        Albion, PA 16475-0002

      This pro se plaintiff has repeatedly written the court various complaints regarding his incarceration at this institution. See the court's Orders dated:

| | |
|---|---|
| September 3, 2002 | October 8, 2002 |
| September 3, 2002 | October 8, 2002 |
| September 3, 2002 | October 15, 2002 |
| September 3, 2002 | October 24, 2002 |
| September 3, 2002 | October 24, 2002 |
| September 5, 2002 | October 29, 2002 |
| September 10, 2002 | October 30, 2002 |
| September 10, 2002 | November 1, 2002 |
| September 18, 2002 | November 6, 2002 |
| September 23, 2002 | November 14, 2002 |
| September 30, 2002 | November 19, 2002 |
| October 1, 2002 | November 27, 2002 |
| October 2, 2002 | |

and the attached letters which are forwarded with a copy of this Order.

In order to ascertain the status of this matter, the court **ORDERS** a special report from the warden of this institution which shall contain a description of plaintiff's custody status, classification, medical and psychiatric status and disciplinary history.

The said special report shall be filed with the court within thirty (30) days.

Dated: December 2, 2002               BY THE COURT:


_____
**MARVIN KATZ, S.J.**