IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    **Plaintiff,**<br><br>        **v.**<br><br>**DONALD VAUGHN, et al.,**<br>    **Defendants.** | **CIVIL ACTION**<br><br>**NO. 02-4346** |

**O R D E R**

**AND NOW**, this 17th day of December, 2002, it is hereby **ORDERED** that the

attached letter shall be filed by the Clerk.


**BY THE COURT:**


_____

**MARVIN KATZ, S.J.**