IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>  Plaintiff,<br><br>        v.<br><br>DONALD VAUGHN, et al.,<br>  Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

**AND NOW,** this 18th day of December, 2002, it is hereby **ORDERED** that the attached letter dated December 5, 2002 from the State Correctional Institution shall be filed by the Clerk and the Clerk shall forward to that Institution the letter attached to the court's Order of December 17, 2002.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**