IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>   Plaintiff,<br><br>   v.<br><br>**DONALD VAUGHN, et al.,**<br>   Defendants. | **CIVIL ACTION**<br><br>**NO. 02-4346** |

**O R D E R**

    **AND NOW**, this 23rd day of December, 2002, it is hereby **ORDERED** that the attached letter shall be filed by the Clerk.

                                 **BY THE COURT:**

                                 _____
                                 **MARVIN KATZ, S.J.**