IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>  Plaintiff,<br><br>    v.<br><br>**DONALD VAUGHN, et al.,**<br>  Defendants. | **CIVIL ACTION**<br><br>**NO. 02-4346** |

# O R D E R

**AND NOW,** this 11th day of February, 2003, it is hereby **ORDERED** that the attached letter shall be filed by the Clerk.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**