IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>　　Plaintiff,<br><br>　　v.<br><br>**DONALD VAUGHN, et al.,**<br>　　Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

### O R D E R

AND NOW, this 4th day of March, 2003, it is hereby **ORDERED** that the attached letter shall be filed by the Clerk.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**