### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>     **Plaintiff,**<br><br>          **v.**<br><br>**DONALD VAUGHN, et al.,**<br>     **Defendants.** | **CIVIL ACTION**<br><br>**NO. 02-4346** |

## O R D E R

AND NOW, this 9th day of April, 2003, it is hereby **ORDERED** that the

attached letter shall be filed by the Clerk.

                    **BY THE COURT:**


                    _____

                    **MARVIN KATZ, S.J.**