## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON : | CIVIL ACTION NO. 02-4346 |
| : | |
| vs. : | |
| : | |
| COMMONWEALTH SCI-GRATERFORD, ETAL | |

April 11, 2003

### N O T I C E

      Pursuant to the Court's order of 4/10/03, the Clerk has been specially appointed to serve a Notice of Lawsuit and Request for Waiver of Summons and Waiver of Service of Summons upon each defendant in the above case. The waiver was mailed to the above defendant(s) on 4/11/03. If the defendant(s) do not waive service by 5/12/03, in compliance with the court's order of 4/10/03, the complaint will be forwarded to the United States Marshal's Service to effect service.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT


by:_____
LINDA V. JERRY, Deputy Clerk