IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>    Plaintiff,<br><br>    v.<br><br>**DONALD VAUGHN, et al.,**<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

      **AND NOW**, this _____ day of June, 2003, upon consideration of Defendants Vaugh, Diguglielmo, Feild, Buzzer, Smith and Canino's Motion for a More Definite Statement and the response thereto, it is **ORDERED** that said Motion is **DENIED** without prejudice to acquire the information by way of discovery.

      **BY THE COURT:**

      _____
      **MARVIN KATZ, S.J.**