THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELIX WHITTINGTON,                    :
        Plaintiff           :   CIVIL ACTION
                            :
   v.                               :
                            :
DONALD VAUGHN, et al.                 :
        Defendants          :   No. 02-CV-4346

## ORDER

AND NOW, this _____ day of _____ 2003, it is ORDERED that counsel for Defendants Vaughn, Diguglielmo, Feild, Buzzer, Smith and Canino, is permitted to take the deposition of plaintiff Felix Whittington, Inmate No. AY-4935, an inmate currently in the custody of the Pennsylvania Department of Corrections. Said deposition shall take place, pursuant to written notice, at the correctional institution at which plaintiff is incarcerated, and may, at defense counsel's option, be taken either in person, by telephone, or by video.

BY THE COURT:

_____
MARVIN KATZ, S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELIX WHITTINGTON, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | |
| Defendants | : | No. 02-CV-4346 |

## DEFENDANTS' MOTION TO DEPOSE PRISONER

Pursuant to Fed. R. Civ. P. 30(a)(2), Defendants Vaughn, Diguglielmo, Feild, Buzzer, Smith and Canino, by their counsel, Edward C. Wright, Deputy Attorney General, hereby request leave of court to take the deposition of plaintiff Felix Whittington, Inmate No. AY-4935, presently in the custody of the Pennsylvania Department of Corrections. The Defendants request leave to take plaintiff's deposition either in person at the correctional institution at which plaintiff is presently incarcerated, or by telephone, or by video.

WHEREFORE, it is respectfully requested that the Defendants' Motion to Depose Prisoner be granted.

Respectfully submitted,

D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _____
Edward C. Wright
Deputy Attorney General
Identification No. 67192

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2141

## CERTIFICATE OF SERVICE

I, Edward C. Wright, Deputy Attorney General, hereby certify that a true and correct copy of Defendants' Motion to Depose Prisoner was mailed on July 10, 2003, by First Class Mail, postage prepaid, to:

Felix Whittington
 #AY-4935
SCI-Greene
175 Progress Drive
Waynesburg, PA  15370

                                            D. MICHAEL FISHER
                                            ATTORNEY GENERAL

BY: _____
                                            Edward C. Wright
                                            Deputy Attorney General
                                            Identification No. 67192

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone:  (215) 560-2141