IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELIX D. WHITTINGTON, :  CIVIL ACTION
          :
    Plaintiff :
          :
   v.       :
          :
DONALD VAUGHN, et al.,  :
          :
    Defendants :  No. 02-4346

**PRAECIPE FOR ENTRY OF APPEARANCE**

**To the Clerk of the Court:**

Pursuant to the Rules of Civil Procedure of the United States District Court for the

Eastern District of Pennsylvania 5.1, kindly enter the appearance of the undersigned as counsel

for defendants Donald Vaughn, Mary Canino, Skip Field, Commonwealth SCI Graterford,

Diguglielmo, Buzzer, and Smith in the above-captioned action.

Deputy Attorney General Edward C. Wright, who originally represented these

defendants, is simultaneously withdrawing his entry of appearance in this matter.

           D. MICHAEL FISHER
           ATTORNEY GENERAL


       BY: _____

         Kevin R. Bradford
         Deputy Attorney General
         Identification No. 88576

         Susan J. Forney
         Chief Deputy Attorney General
         Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
Telephone: (215) 560-2262

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELIX D. WHITTINGTON,       :     CIVIL ACTION
                                 :
         Plaintiff         :
                                 :
   vi.                   :
                                 :
DONALD VAUGHN, et al.,      :
                               :
        Defendants    :     No. 02-4346

**<u>CERTIFICATE OF SERVICE</u>**

I, Kevin R. Bradford, Deputy Attorney General, hereby certify that a true and correct copy of the within Praecipe for Entry of Appearance was mailed on July 17, 2003, by first class mail, postage prepaid to:

Felix D. Whittington, AY-4935
State Correctional Institution
 at Greene
175 Progress Drive
Waynesburg, PA 15370

D. MICHAEL FISHER
ATTORNEY GENERAL

BY:   _____
       Kevin R. Bradford
       Deputy Attorney General
       Identification No. 88576

       Susan J. Forney
       Chief Deputy Attorney General
       Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
Telephone: (215) 560-2262