IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELIX WHITTINGTON, | : | |
|       Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | |
|       Defendants | : | No. 02-CV-4346 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance as counsel for defendants Vaughn, Diguglielmo, Feild, Buzzer, Smith and Canino in the above-referenced action.

                                  D. MICHAEL FISHER
                                  ATTORNEY GENERAL

                BY:_____
                                  Edward C. Wright
                                  Deputy Attorney General
                                  Identification No. 67192

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2141