IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>  Plaintiff,<br><br>v.<br><br>DONALD VAUGHN, et al.,<br>  Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

## JUDGMENT

**AND NOW,** this 3rd day of November, 2003, judgment is entered in **FAVOR** of all defendants and **AGAINST** plaintiff.

BY THE COURT:

_____

**MARVIN KATZ, S.J.**