IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>    Plaintiff,<br><br>    v.<br><br>DONALD VAUGHN, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

AND NOW, this 14th day of November, 2003, it is **ORDERED** that the attached communication dated November 6, 2003 shall be filed by the Clerk.

BY THE COURT:

_____

**MARVIN KATZ, S.J.**