IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>   Plaintiff,<br><br>   v.<br><br>**DONALD VAUGHN, et al.,**<br>   Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

   **AND NOW,** this 20th  day of February, 2004, it is **ORDERED** that the attached communication dated February 15, 2004, shall be filed by the Clerk.

                              **BY THE COURT:**


                              _____
                              **MARVIN KATZ, S.J.**