IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELIX D. WHITTINGTON,**<br>  Plaintiff,<br><br>  v.<br><br>**DONALD VAUGHN, et al.,**<br>  Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

      **AND NOW,** this 8th day of June, 2004, it is **ORDERED** that the attached communication dated June 2, 2004, shall be filed by the Clerk.

                **BY THE COURT:**

                _____
                **MARVIN KATZ, S.J.**