IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX D. WHITTINGTON,<br>    Plaintiff,<br><br>        v.<br><br>DONALD VAUGHN, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 02-4346 |

**O R D E R**

      **AND NOW,** this 23rd day of June, 2004, it is **ORDERED** that the attached communication shall be filed by the Clerk.

                                            **BY THE COURT:**

                                            _____
                                            **MARVIN KATZ, S.J.**